UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JON MADSEN,<br><br>         Plaintiff,<br><br>vs.<br><br>FARM BUREAU FINANCIAL SERVICES,<br><br>         Defendant. | CIV. #17-4036<br><br><br><br>**NOTICE OF DISMISSAL** |

Plaintiff Jon Madsen, pursuant to Fed. Rule of Civ. P. 41(a)(1)(A), hereby dismisses the above-captioned action with prejudice.

Dated this 14th day of March, 2017.

**JOHNSON, JANKLOW, ABDALLAH,
REITER & PARSONS, L.L.P.**

BY  */s/   Scott A. Abdallah*
Scott A. Abdallah   (sabdallah@janklowabdallah.com)
Shannon R. Falon  (shannon@janklowabdallah.com)
P.O. Box 2348
Sioux Falls, SD 57101-2348
(605) 338-4304

*Attorneys for the Plaintiff*